IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Young, Mary L

Printed: 3/25/08

Case Number: 04 B 29121
Judge: Wedoff, Eugene R
Filed: 8/5/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: February 21, 2008
Confirmed: September 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,890.00 |  |
| Secured: |  | 7,167.69 |
| Unsecured: |  | 1,244.64 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,950.00 |
| Trustee Fee: |  | 564.86 |
| Other Funds: |  | 962.81 |
| Totals: | 11,890.00 | 11,890.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,950.00 | 1,950.00 |
| 2. | Consumer Portfolio Services | Secured | 7,167.69 | 7,167.69 |
| 3. | Consumer Portfolio Services | Unsecured | 951.08 | 951.08 |
| 4. | Nicor Gas | Unsecured | 170.00 | 170.00 |
| 5. | Advance Til Payday | Unsecured | 49.20 | 49.20 |
| 6. | Americash Loans, LLC | Unsecured | 74.36 | 74.36 |
| 7. | Jabez One Realty | Unsecured |  | No Claim Filed |
| 8. | Menards | Unsecured |  | No Claim Filed |
| 9. | Avon Products | Unsecured |  | No Claim Filed |
| 10. | Jewel Food Stores | Unsecured |  | No Claim Filed |
| 11. | Realty Mortgage | Unsecured |  | No Claim Filed |
| 12. | Illinois Title Loans | Unsecured |  | No Claim Filed |
| 13. | Kmart Corp | Unsecured |  | No Claim Filed |
| 14. | National Quick Cash | Unsecured |  | No Claim Filed |
| 15. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 16. | St Francis Hospital | Unsecured |  | No Claim Filed |
| 17. | SBC | Unsecured |  | No Claim Filed |
| 18. | One Iron Ventures | Unsecured |  | No Claim Filed |
| 19. | Ultra Food | Unsecured |  | No Claim Filed |
| 20. | T Mobile USA | Unsecured |  | No Claim Filed |
| 21. | Wal Mart Stores | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 10,362.33 | $ 10,362.33 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Young, Mary L | | Case Number: 04 B 29121 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 3/25/08 | | Filed: 8/5/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 113.09 |
| 4% | 34.81 |
| 3% | 26.10 |
| 5.5% | 143.55 |
| 5% | 43.50 |
| 4.8% | 83.52 |
| 5.4% | 120.29 |
| | _____ |
| | $ 564.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

